UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:92-CR-5073 REC |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | 1:92-CR-5073 LJO |
| | ) | |
| HERMAN KONG, | ) | |
| | ) | |
| | ) | ORDER REASSIGNING CASE |
| Defendant. | ) | |
| | ) | |
| | ) | |

The above-named defendant having filed a post conviction motion, it is hereby ordered that this matter be reassigned from the docket of Judge Robert E. Coyle, now retired, to the docket of Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **March 18, 2008**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE